**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Christine Thompson and Russell Thompson,

Plaintiffs,

vs.

Gogins & Lavintman, P.A., "Jerry Doe", "John Doe", and "Linda Doe",

Defendants.

**Court File No. CV-01-217 ADM/AJB**

**STIPULATION OF DISMISSAL AND ORDER FOR JUDGMENT**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiffs may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: 6/11/2001

**THE BARRY LAW OFFICE, LTD.**

By ______________________
Peter F. Barry (#0266577)
Attorneys for Plaintiff
342 East County Road D
Little Canada, MN 55117
651-714-8800

JUN 15 2001

FILED ______________
FRANCIS E. DOSAL, CLERK JUN 15 2001
JUDGMENT ENTD ______________
DEPUTY CLERK ______________

Dated: 6/13/01

**THE CONSUMER JUSTICE CENTER, P.A.**

By ____________________

Thomas J. Lyons, Jr. (#249646)
**Consumer Justice Center**
342 East County Road D
Little Canada, MN 55117
651-770-9707

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 6/8/01

By ____________________

Michael A. Klutho (License #186302)
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

Dated: 6/15/01

____________________
Judge of United States District Court
Ann D. Montgomery